IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NOREEN SALAZAR, Individually and as
Wrongful Death Personal Representative of
THE ESTATE OF JOSEPH PORTILLO,

    Plaintiffs,

    vs.                                            Civ. No. 12-714 MV/ACT

HARCO NATIONAL INSURANCE
COMPANY, GINA BOCANEGRA,
MICHAEL MOST TRUCKING, INC., an
Arizona for-profit corporation, and
DESERT TRAILER SYSTEMS, INC., an
Arizona for-profit corporation,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court on the Report and Recommendation of United States Magistrate Judge Alan C. Torgerson, filed December 14, 2012 [Doc. No. 38], regarding Defendant Gina Bocanegra's Motion to Remand [Doc. No. 7], Plaintiff Noreen Salazar's Motion to Remand [Doc. No. 11], and Defendant Michael Most Trucking, Inc.'s Motion to Remand [Doc. No. 12.]  Objections were due on December 31, 2012. The parties did not file any objections.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. No. 38] is adopted and that:

1. Defendant Gina Bocanegra's Motion to Remand is denied;

2. Plaintiff Noreen Salazar's Motion to Remand is denied;

3. Defendant Michael Most Trucking, Inc.'s Motion to Remand is denied; and

4. This Court will retain jurisdiction over this declaratory judgment action.

_____
**MARTHA VÁZQUEZ**
**United States District Judge**